# EXHIBIT G

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

Gene Schaerr
Schaerr | Jaffe LLP
1101 Connecticut Ave NW, Suite 450
Washington, DC 20036
gschaerr@schaerr-jaffe.com

February 4, 2020

Re:   ODNI FOIA Case DF-2020-000109

Dear Mr. Schaerr:

    This letter responds to your Freedom of Information Act ("FOIA") request dated 28 January 2020 and received by the Information Management Division on 29 January 2020, in which you requested records pertaining to "unmasking" and "upstreaming" regarding a list of named individuals.

    In accordance with Section 3.6(a) of Executive Order 13526, ODNI can neither confirm nor deny the existence or non-existence of records responsive to of your request. The fact of the existence or non-existence of the requested records is itself currently and properly classified, and could reveal intelligence sources and methods information that is protected from disclosure pursuant to Section 102A(i)(1) of the National Security Act of 1947, as amended, 50 U.S.C. § 3024(i)(1). Therefore, pursuant to FOIA Exemptions (b)(1) and (b)(3), the ODNI can neither confirm nor deny the existence or nonexistence of records responsive to your request.

    You may contact me, the FOIA Public Liaison, at dni-foia-liaison@dni.gov or (301) 243-2025 for any further assistance or to discuss any aspect of your request. You may also contact the Office of Government Information Services ("OGIS") of the National Archives and Records Administration to inquire about the mediation services they provide. OGIS can be reached by mail at 8601 Adelphi Road, Room 2510, College Park, MD 20740-6001; telephone (202) 741-5770; facsimile (202) 741-5769; Toll-free (877) 684-6448; or email at ogis@nara.gov.

    If you are not satisfied with my response to your request, you may administratively appeal by submitting a written request to the Chief FOIA Officer, c/o Director, Information Management Division, Office of the Director of National Intelligence, Washington, DC 20511 or foia@dni.gov. The request letter and envelope or subject line of the email should be marked "Freedom of Information Act Appeal." Your appeal must be postmarked or electronically transmitted within 90 days of the date of this letter.

    If you have any questions, please feel free to contact our Requester Service Center at dni-foia@dni.gov or (301) 243-1499.

Sincerely,

Sally A. Nicholson
Chief FOIA Branch
FOIA Public Liaison
Information Management Division